IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MALACHI SMITH,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2871

Opinion filed July 24, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Malachi Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  DENIED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.